AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Mario Alan ITURBE-GALLARDO | ) | Case No. |
| Eduardo ZATARAIN-RAMIREZ | ) | |
| | ) | |
| | ) | EP:25-M-05327-MAT |
| | ) | |
| *Defendant(s)* | | |

**FILED**
September 24, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: Fidel Morales
DEPUTY

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of   09/23/2025   in the county of   El Paso   in the
Western   District of   Texas   , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Section 933(a)(3) | Trafficking in Firearms |

This criminal complaint is based on these facts:

See Attached Affidavit Which is Hereby Incorporated by Reference

☑ Continued on the attached sheet.

Complaint sworn to telephonically on
September 24, 2025 at 02:00 PM and signed electronically. **FED.R.CRIM.P. 4.1(b)(2)(A)**

*Complainant's signature*

Jorge Morales, ATF Task Force Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date:   09/24/2025

*Judge's signature*

City and state:   El Paso, TX

Miguel A. Torres, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

Your affiant, Jorge Morales, first being duly sworn as a Customs and Border Protection Officer and Task Force Officer with the Bureau of Alcohol, Tobacco, Firearms, and Explosives, does hereby depose and state as follows:

1. Your affiant is aware that firearms acquired in the United States and illegally transported into Mexico can increase in value by more than 300 percent. Additionally, your affiant is aware that in firearms trafficking for profit enterprises, both foreign and domestic, fees are paid to individuals who acquire firearms on behalf of the individual directing the enterprise. Those that direct criminal organizations are willing to pay several hundreds of dollars for each acquired firearm, knowing they will reap a huge profit on their resale.

2. On September 18, 2025, your affiant initiated an investigation into violations of federal firearms law by an individual hereinafter referred to as Target#1, after receiving information from a Federal Firearms Licensee (FFL) in El Paso, TX of a suspicious firearm purchases made by Target#1.

3. On September 22, 2025, ATF Special Agents and your affiant approached and conducted an interview with Target#1. Target#1 admitted that he purchased online one (1) Barrett, Model M82A1, .50 caliber on September 13, 2025, and had the firearm delivered to an FFL located in El Paso, Texas. Target#1 further admitted he purchased the rifle at the direction of Mario Alan ITURBE-GALLARDO. Target#1 stated ITURBE-GALLARDO provided funds to purchase the rifle and approximately $4,000 dollars worth of .50 caliber ammunition.

4. On the same day, Target#1 had advised ITURBE-GALLARDO that Target#1 would have the rifle and ammunition ready for pick up the next day at Target#1's apartment located in El Paso, Texas, which is in the Western District of Texas.

5. On September 23, 2025, ITURBE-GALLARDO and an individual identified as Eduardo ZATARAIN-RAMIREZ, both Non-Immigrant Mexican nationals bearing B1/B2 Border Crossing Cards, arrived at Target#1's apartment.

6. SA's arrested ITURBE-GALLARDO and ZATARAIN-RAMIREZ outside of Target#1's residence. Both ITURBE-GALLARDO and ZATARAIN-RAMIREZ were in possession of their respective B1/B2 Border Crossing cards. ITURBE-GALLARDO and ZATARAIN-RAMIREZ were transported to the ATF Field Office in El Paso, Texas.

7. At the ATF field office, ITURBE-GALLARDO was advised of his Miranda rights. ITURBE-GALLARDO waived his rights and agreed to speak to Agents. ITURBE-GALLARDO stated they (ITURBE-GALLARDO and ZATARAIN-RAMIREZ) were

going to pick up a rifle and ammunition from Target#1's apartment. ITURBE-GALLARDO stated he provided the funds to Target#1 for the purchase of the rifle and ammunition. ITURBE-GALLARDO explained he received the funds from his friend ZATARAIN-RAMIREZ to give to Target#1 to purchase the rifle and ammunition. ITURBE-GALLARDO further explained his friend ZATARAIN-RAMIREZ paid him $1,000 dollars for finding Target#1 to purchase the rifle and ammunition for ZATARAIN-RAMIREZ.

8. ITURBE-GALLARDO explained that once in possession of the rifle and ammunition, ITURBE-GALLARDO and ZATARAIN-RAMIREZ were going to disassemble the rifle, obliterate the rifle's serial number, hide the rifle and ammunition in the floor of the black Toyota SUV, and travel to Mexico in the black Toyota SUV.

9. ITURBE-GALLARDO stated he was not aware who in Mexico was going to receive the rifle and ammunition. ITURBE-GALLARDO explained ZATARAIN-RAMIREZ was the driver of the black Toyota SUV and knew where in Mexico they were going to deliver the rifle and ammunition.

10. ZATARAIN-RAMIREZ was advised of his Miranda rights. ZATARAIN-RAMIREZ requested to speak to an attorney before answering any questions.

11. Your affiant is aware that semi-automatic firearms equal to .50 caliber or less, are controlled for export to Mexico on the Commerce Control List. Your affiant is also aware that a license, issued by the U.S. Department of Commerce, is required for the export of semi-automatic firearms to Mexico.

12. On or about September 24, 2025, a Homeland Security Investigations SA queried a law enforcement database and was unable to locate any information that would suggest ITURBE-GALLARDO or ZATARAIN-RAMIREZ possess a license relating to the export of semi-automatic firearms from the U.S.

13. The above affidavit is for the purposes of establishing probable cause to obtain a criminal complaint and does not contain all the facts related to the investigation.

14. Barrett firearms are not manufactured in the State of Texas and the recovered ammunition was not manufactured in the state of Texas. Due to the fact that both the Barrett Model M82A1, .50 caliber rifle and the ammunition were found in the State of Texas, they both affected Interstate and/or Foreign Commerce.

15. Your affiant believes probable cause exists that ITURBE-GALLARDO and ZATARAIN-RAMIREZ unlawfully and knowingly were going to take possession of the firearm and ammunition, with the intention to transport or conspire to transport the firearm and

ammunition into Mexico, in violation of Title 18 U.S.C. Section 933(a)(3) – Trafficking in Firearms.

Respectfully,

*[signature]*

Jorge Morales
Task Force Officer
Bureau of Alcohol, Tobacco, Firearms, and Explosives